UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Renee Farha, et al. v. Bayer Corporation, et al.*        No. 3:12-cv-11304-DRH-PMF

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.  On January 8, 2016, the Court entered judgment in the above captioned action and closed the case. Thereafter, the Court learned that a single plaintiff, Michelle Rogers, had claims pending. Michelle Rogers was named in the body of the multi-plaintiff complaint but not in the caption. Accordingly, plaintiff Rogers was not identified on the docket as a plaintiff with pending claims. On January 13, 2016, the Court added plaintiff Michelle Rogers to the docket as a plaintiff with claims pending. On April 20, 2016, a stipulation of dismissal with prejudice, as to plaintiff Michelle Rogers, was docketed (Doc. 31). Accordingly, the claims of all plaintiffs have now been dismissed with prejudice and the Court enters this amended judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal and orders of dismissal entered to date in the above

captioned case, this matter is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                           **JUSTINE FLANAGAN,**
                                           **ACTING CLERK OF COURT**

                                           BY:   /s/*Caitlin Fischer*
                                                          **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.05.02 15:31:31 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT